IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                          NO. 4:16CR00233 JLH

ARTHER LIONEL JAMES,
ROBERT LAMONT BROWN,
KEITH KEYS, STEVEN THOMAS,
BRAD VERNON, LEWIS MILES,
JOSEPH RILEY, JUSTIN BUYS,
ANTONIO BRODIE,
ANTONIO MCNICHOLS,
ANGELEKE BLANKENSHIP,
and HEATH FOWLER                                                DEFENDANTS

## ORDER

Defendants Arther Lionel James and Brad Vernon have each filed a motion for continuance of the trial date of this matter. Documents #109 and #110. The Court has determined that due to the number of defendants and attorneys involved in this case the most efficient manner of which to handle the motions for continuance will be to establish a deadline for any defendant opposing the motions to file a response in opposition.

IT IS THEREFORE ORDERED that any defendant opposing the motions for continuance must file a response in opposition on or before **NOVEMBER 14, 2016.** It will not be necessary for any defendant who supports the motions for continuance to respond.

The Court will assume that any defendant who does not file a response in opposition of the motions on or before November 14, 2016, joins in the motions for continuance and waives Speedy Trial requirements up to and including the next scheduled trial date.

IT IS SO ORDERED this 4th day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE